# NO. 12-13-00139-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: EXXONMOBIL CORPORATION AND COMPUTERSHARE INVESTOR SERVICES, LLC, RELATORS* | *§*<br>*§*<br>*§* | *ORIGINAL PROCEEDING* |

---

## *MEMORANDUM OPINION*
### *PER CURIAM*

On August 7, 2013, this Court delivered an opinion conditionally granting the petition for writ of mandamus filed by ExxonMobil Corporation and Computershare Investor Services, LLC. That opinion directed Respondent to vacate his order signed on April 25, 2013, granting the motion for turnover of assets filed by Vivian Suzanne Kinard, Independent Executrix of the Estate of Grace T. Eaton. The opinion also directed Respondent to issue an order denying Kinard's motion. Respondent has complied with our order and opinion of August 7, 2013.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed as moot.***

Opinion delivered September 6, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

SEPTEMBER 6, 2013

NO. 12-13-00139-CV

**IN RE: EXXONMOBIL CORPORATION AND COMPUTERSHARE INVESTOR SERVICES, LLC,**
Relators
V.
**HON. CHAD W. DEAN,**
Respondent

Appeal from the County Court

of Rusk County, Texas (Tr.Ct.No. 11-173A)

On August 7, 2013, this Court delivered an opinion conditionally granting the petition for writ of mandamus filed by ExxonMobil Corporation and Computershare Investor Services, LLC. That opinion directed Respondent to vacate his order signed on April 25, 2013, granting the motion for turnover of assets filed by Vivian Suzanne Kinard, Independent Executrix of the Estate of Grace T. Eaton. The opinion also directed Respondent to issue an order denying Kinard's motion. Respondent has complied with our order and opinion of August 7, 2013.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed as moot.***

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*